UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:08-00183 |
| | ) | JUDGE CAMPBELL |
| BRIAN ANTONIO DOTSON | ) | |

ORDER

The hearing on the Petition (Docket No. 45) alleging violations of Defendant's Conditions of Supervision currently scheduled for June 30, 2014, is CONTINUED to July 2, 2014, at 10:30 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE