AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| BRIAN ANTONIO DOTSON | Case Number: 3:08-00183 |
| | USM Number: 18837-075 |
| | Isaiah S. Gant |
| | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __Two (2) through Four (4)__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Defendant shall notify the U.S. Probation Officer at least 10 days prior to any change in residence | 2/24/14 |
| 3 | Defendant shall participate in a program of drug testing and treatment as directed by the U.S. Probation Office | 2/12/14 |
| 4 | Defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days each month | 2/14 |

Alleged Violation No. 1 is DISMISSED without prejudice at the request of the Government.

    The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __8564__

Defendant's Year of Birth: __1978__

City and State of Defendant's Residence:
    Nashville, Tennessee

July 2, 2014
Date of Imposition of Judgment

/s/ Todd Campbell
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

July 2, 2014
Date

DEFENDANT: BRIAN ANTONIO DOTSON                                   Judgment — Page 2 of 2
CASE NUMBER: 3:08-00183

# IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   Twelve (12) months

No period of Supervised Release is imposed.

____   The Court makes the following recommendations to the Bureau of Prisons:

  X    The Defendant is remanded to the custody of the United States Marshal.

____   The Defendant shall surrender to the United States Marshal for this District:

    ____ at _____ p.m. on _____

    ____ as notified by the United States Marshal.

____   The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ____ before 2 p.m. on _____

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

                                                      _____
                                                      United States Marshal


                                                      By: _____
                                                           Deputy United States Marshal